IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

RICHARD COLEMAN,            )
                            )
            Plaintiff,      )
                            )
       v.                   )      1:19CV173
                            )
DEVER, et al.,              )
                            )
            Defendants.     )

ORDER

On March 7, 2019, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Plaintiff filed objections [Doc. #8] within the time limit prescribed by Section 636. In addition, Plaintiff filed an Amended Complaint [Doc. #7] on March 13, 2019. The Court has reviewed Plaintiff's objections de novo and finds that they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #4], which is affirmed and adopted. The Court further finds that the Amended Complaint provides no basis to alter the Magistrate Judge's Recommendation, as Plaintiff's amendments fail to address any of the substantive and procedural defects warranting the recommendation of dismissal.

IT IS THEREFORE ORDERED that that this action be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) for being frivolous, for failing to state a claim upon which relief may be granted, and for seeking monetary relief against a defendant who is immune from such relief as to Judges Dever, Swank, Bushfan, Green, Eagles,

Stephens, and McGuire; and for failing to state a federal claim upon which relief may be granted and lack of federal subject matter jurisdiction as to any remaining claims including as to any claims against Defendant Silver.

This the 21st day of July, 2020.

/s/ N. Carlton Tilley, Jr.<br>Senior United States District Judge